# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

March 2, 2023

Before
MICHAEL Y. SCUDDER, *Circuit Judge*

| | |
|---|---|
| No. 23-1353 | ROBERT BEVIS, et al.,<br>　　　　Plaintiffs - Appellants<br><br>v.<br><br>CITY OF NAPERVILLE, a municipal corporation and JASON ARRES,<br>　　　　Defendants - Appellees<br>and<br><br>STATE OF ILLINOIS,<br>　　　　Intervening - Appellee |
| **Originating Case Information:** | |
| District Court No: 1:22-cv-04775<br>Northern District of Illinois, Eastern Division<br>District Judge Virginia M. Kendall | |

　　Upon consideration of the **MOTION TO INTERVENE AS OF RIGHT**, filed on February 23, 2023, by counsel for the State of Illinois as intervening,

　　**IT IS ORDERED** the motion for leave to intervene is **GRANTED**. The State of Illinois may participate in this appeal as an intervening appellee.