# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

March 9, 2023

*By the Court:*

| No. 23-1353 | ROBERT BEVIS, et al., <br>     Plaintiffs - Appellants <br> v. <br> CITY OF NAPERVILLE, a municipal corporation and JASON ARRES, <br>     Defendants - Appellees <br> and <br> STATE OF ILLINOIS, <br>     Intervening Appellee |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:22-cv-04775 <br> Northern District of Illinois, Eastern Division <br> District Judge Virginia M. Kendall ||

The following are before the court:

1. **MOTION FOR INJUNCTION PENDING APPEAL**, filed on March 7, 2023, by counsel for the appellants.

2. **APPENDIX TO MOTION FOR INJUNCTION PENDING APPEAL**, filed on March 7, 2023, by counsel for the appellants.

**IT IS ORDERED** that Appellees shall file a response to the motion for an injunction pending appeal on or before March 21, 2023.

form name: **c7_Order_BTC**     (form ID: 178)