**ARRINGTON LAW FIRM**
4195 Wadsworth Boulevard
Wheat Ridge, Colorado 80033
Telephone: (303) 205-7870
Email: barry@arringtonpc.com

April 10, 2023

Office of the Clerk
United States Court of Appeals
for the Seventh Circuit
Everett McKinley Dirksen
United States Courthouse
219 S. Dearborn Street
Room 2722
Chicago, Illinois 60604

Re:    *National Association for Gun Rights, et al. v. City of Naperville, et al; Case No. 23-1353*

Dear Clerk of the Court:

    I am writing to notify the Court that I will not be available for oral argument in the above-referenced matter between June 13, 2023 and June 23, 2023. I will be on a previously-planned prepaid vacation during this period.

    Thank you for your consideration of my schedule in scheduling oral agument.

Sincerely,

*[signature]*

Barry K. Arrington