Case: 23-1353     Document: 51     Filed: 04/18/2023     Pages: 2

# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

April 18, 2023

*By the Court:*

| | |
|---|---|
| No. 23-1353 | ROBERT BEVIS, et al.,<br>　　　Plaintiffs - Appellants<br>v.<br><br>CITY OF NAPERVILLE, a municipal corporation and JASON ARRES,<br>　　　Defendants - Appellees<br>and<br><br>STATE OF ILLINOIS,<br>　　　Intervening Appellee |
| **Originating Case Information:** | |
| District Court No: 1:22-cv-04775<br>Northern District of Illinois, Eastern Division<br>District Judge Virginia M. Kendall, | |

　　The following are before the court:

1. **MOTION FOR INJUNCTION PENDING APPEAL**, filed on March 7, 2023, by counsel the appellants.

2. **APPENDIX TO MOTION FOR INJUNCTION PENDING APPEAL**, filed on March 7, 2023, by counsel for the appellants.

3. **INTERVENING STATE APPELEE'S OPPOSITION TO PLAINTIFFS' MOTION FOR INJUNCTION PENDING APPEAL**, filed on March 21, 2023, by counsel for the appellee State of Illinois.

4. **INTERVENING STATE APPELLEE'S SEPARATE APPENDIX TO OPPOSITION TO PLAINTIFFS' MOTION FOR INJUNCTION PENDING APPEAL, VOLUME 1 OF 2**, filed on March 21, 2023, by counsel for the appellee State of Illinois.

5. **INTERVENING STATE APPELLEE'S SEPARATE APPENDIX TO OPPOSITION TO PLAINTIFFS' MOTION FOR INJUNCTION PENDING APPEAL, VOLUME 2 OF 2**, filed on March 21, 2023, by counsel for the appellee State of Illinois.

6. **CITY OF NAPERVILLE AND JASON ARRES' RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTION FOR INJUNCTION PENDING APPEAL**, filed on March 21, 2023, by counsel for the appellees City of Naperville and Jason Arres.

7. **PLAINTIFFS' REPLY IN SUPPORT OF MOTION FOR INJUNCTION PENDING APPEAL**, filed on March 24, 2023, by counsel for the appellants.

**IT IS ORDERED** that the motion for an injunction pending appeal is **DENIED**.

form name: **c7_Order_BTC**     (form ID: **178**)