

# OFFICE OF THE ATTORNEY GENERAL
# STATE OF ILLINOIS

Kwame Raoul
Attorney General

October 12, 2023

Mr. Christopher G. Conway
Clerk of the Court
United States Court of Appeals for the Seventh Circuit
219 South Dearborn St., 27th Floor
Chicago, Illinois 60604

Re:   *Barnett v. Raoul,* Nos. 23-1825, 23-1793, 23-1826, 23-1827, 23-1828 (consol.)
      *Bevis v. City of Naperville,* No. 23-1353

Dear Mr. Conway:

      Defendants in the above-referenced appeals write to provide an update on the proceedings arising out of the district court's decision granting a permanent injunction in *Duncan v. Bonta,* No. 3:17-cv-01017, Doc. 149 (S.D. Cal. Sept. 22, 2023), which plaintiffs cited as supplemental authority. As the undersigned noted in their October 3 letter to this court, an en banc panel of the Ninth Circuit subsequently granted an administrative stay of the district court's decision while the parties completed briefing on the California Attorney General's emergency motion for stay pending appeal. *Duncan v. Bonta,* No. 23-55805, Doc. 3 (9th Cir. Sept. 28, 2023).

      On October 10, the en banc panel granted the California Attorney General's emergency motion and entered a stay of the district court's order (subject to an exception identified by California) while the appeal is pending. *Duncan v. Bonta,* No. 23-55805, Doc. 13 (9th Cir. Oct. 10, 2023). In that order, the court concluded that the California Attorney General "is likely to succeed on the merits." *Id.* at 5. Indeed, as the court explained, the California Attorney General presented "strong arguments" that California Penal Code § 32310, which restricts possession of firearm magazines capable of holding more than 10 rounds of ammunition, "comports with the Second Amendment under [*New York State Rifle & Pistol Ass'n v. Bruen,* 142 S. Ct. 2111 (2022)]." *Id.* at 5-6.

500 South Second Street, Springfield, Illinois 62706 • (217) 782-1090 • TTY: (217) 785-2771 • Fax: (217) 782-7046
100 West Randolph Street, Chicago, Illinois, 60601 • (312) 814-3000 • TTY: (312) 814-3374 • Fax: (312) 814-3806
1001 East Main, Carbondale, Illinois 62901 • (618) 529-6400 • TTY: (618) 529-6403 • Fax: (618) 529-6416

Very best regards,

/s/ Sarah A. Hunger
SARAH A. HUNGER
Deputy Solicitor General
100 West Randolph Street
Chicago, Illinois 60601
(312) 814-5202 (office)
(312) 771-3885 (cell)
Sarah.Hunger@ilag.gov

*Counsel for the State Parties*

/s/ Elizabeth M. Tisher
ELIZABETH M. TISHER
Assistant Corporation Counsel
2 N. LaSalle Street, Suite 580
Chicago, Illinois 60602
(312) 744-3173
Elizabeth.Tisher@cityofchicago.org

*Counsel for the City of Chicago*

/s/ Jessica M. Scheller
Jessica M. Scheller
Deputy Chief, Civil Actions Bureau
500 Richard J. Daley Center
Chicago, IL 60602
(312) 603-6934
Jessica.Scheller@cookcountyil.gov

*Counsel for the Cook County Parties*

/s/ Christopher B. Wilson
Christopher B. Wilson
Daniel T. Burley
Kahin Gabriel Tong
PERKINS COIE LLP
110 N. Wacker, Ste. 3400
Chicago, IL 60606
Telephone: (312) 324-8400
Facsimile: (312) 324-9603
CWilson@perkinscoie.com
DBurley@perkinscoie.com
KTong@perkinscoie.com

Douglas N. Letter
Shira Lauren Feldman
BRADY CENTER TO PREVENT GUN VIOLENCE
840 First Street NE, Suite 400
Washington, DC 20002
Telephone: (202) 370-8100
dletter@bradyunited.org
sfeldman@bradyunited.org

*Counsel for the City of Naperville, Illinois and Jason Arres*



**CERTIFICATE OF COMPLIANCE**

This letter complies with Federal Rule of Appellate Procedure 28(j) because its body contains 225 words.

/s/ Sarah A. Hunger
SARAH A. HUNGER

**CERTIFICATE OF FILING AND SERVICE**

I hereby certify that on October 12, 2023, I electronically filed the foregoing Letter with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/ Sarah A. Hunger
SARAH A. HUNGER
