# United States Court of Appeals
### For the Seventh Circuit
### Chicago, Illinois 60604

Submitted November 21, 2023
Decided November 22, 2023

**Before**

FRANK H. EASTERBROOK, *Circuit Judge*

DIANE P. WOOD, *Circuit Judge*

MICHAEL B. BRENNAN, *Circuit Judge*

No. 23-1353

| | |
|---|---|
| ROBERT BEVIS, *et. al.*, *Plaintiffs-Appellants*, | Appeal from the United States District Court for the Northern District of Illinois, Eastern Division. |
| *v.* | |
| CITY OF NAPERVILLE, ILLINOIS, and JASON ARRES, *Defendants-Appellees*, | No. 1:22-cv-04775 Virginia M. Kendall, *Judge*. |
| and | |
| THE STATE OF ILLINOIS, *Intervening Appellee*. | |

### O R D E R

Plaintiffs-Appellants' motion for an injunction pending the disposition of their petition for rehearing *en banc* and the filing and disposition of any follow-on petition for a writ of certiorari in the Supreme Court of the United States is **DENIED**.