# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

December 11, 2023

**Before**

FRANK H. EASTERBROOK, *Circuit Judge*

DIANE P. WOOD, *Circuit Judge*

MICHAEL B. BRENNAN, *Circuit Judge*

No. 23-1353

| | |
|---|---|
| NATIONAL ASSOCIATION FOR GUN RIGHTS, ROBERT C. BEVIS, and LAW WEAPONS, INC. d/b/a LAW WEAPONS & SUPPLY, an Illinois corporation,<br><br>*Plaintiffs-Appellants*<br><br>*v.*<br><br>CITY OF NAPERVILLE, ILLINOIS and JASON ARRES,<br><br>*Defendants-Appellees.* | Appeal from the United States District Court for the Northern District of Illinois, Eastern Division.<br><br>No. 22-CV-04775<br><br>Virginia M. Kendall,<br>*Judge*. |

**O R D E R**

Plaintiffs-Appellants filed a petition for rehearing and rehearing *en banc* on November 13, 2023.  No judge in regular active service has requested a vote on the petition for rehearing *en banc*, and all members of the original panel have voted to deny panel rehearing.  The petition for rehearing and rehearing *en banc* is therefore DENIED.