# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

March 14, 2024

Clerk
United States Court of Appeals for the Seventh
Circuit
219 S. Dearborn Street, Room 2722
Chicago, IL 60604

      Re:   Gun Owners of America, Inc., et al.
              v. Kwame Raoul, Attorney General of Illinois, et al.
              No. 23-1010
              (Your No. 23-1828)

Dear Clerk:

      The petition for a writ of certiorari in the above entitled case was filed on March 11, 2024 and placed on the docket March 14, 2024 as No. 23-1010.

                              Sincerely,

                              **Scott S. Harris**, Clerk

                              by

                              Angela Jimenez
                              Case Analyst